Todd M. Friedman (SBN 216752)
tfriedman@attorneysforconsumers.com
Suren N. Weerasuriya (SBN 278512)
sweerasuriya@attorneysforconsumers.com
Adrian R. Bacon (SBN 280332)
abacon@attorneysforconsumers.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Drive, Suite 725
Beverly Hills, CA  90212
(877) 206-4741 Telephone • (866) 633-0228 Facsimile

Attorneys for Plaintiff, CHRISTINA BRACE

Jeffery J. Carlson (SBN 60752)
Carlsonj@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone • (310) 242-2222 Facsimile

Attorneys for Defendant, FINANCIAL CREDIT NETWORK, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BRACE,<br><br>          Plaintiff,<br><br>vs.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>          Defendant. | Case No.: 2:14-cv-09155-JAK-AGR<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Judge John A. Kronstadt<br>Trial:          December 1, 2015<br>Time:         9:00 a.m.<br>Courtroom: 750 – Roybal |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice or by April 24, 2015.

  In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

DATED: March 11, 2015      LAW OFFICES OF TODD M. FRIEDMAN

              By: /s/ Todd M. Friedman
                Todd M. Friedman
                Suren N. Weerasuriya
                Adrian R. Bacon
                Attorneys for Plaintiff,
                CHRISTINA BRACE

DATED: March 11, 2015      CARLSON & MESSER LLP

              By: /s/ J. Grace Felipe
                Jeffery J. Carlson
                J. Grace Felipe
                Attorney for Defendant,
                FINANCIAL CREDIT NETWORK, INC.