# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BRACE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>　　　　　Defendant. | CASE NO. 2:14-cv-09155-JAK-AGR<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)**<br><br>**JS-6** |

The Court has reviewed the Stipulation of Plaintiff CHRISTINA BRACE and Defendant FINANCIAL CREDIT NETWORK, INC. to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

1  | That the above-entitled lawsuit is hereby dismissed, with prejudice,
2  | pursuant to FRCP 41(a)(1)(A)(ii).  Each Party shall bear its own costs and
3  | expenses.

**IT IS SO ORDERED**

DATED:  April 23, 2015

JOHN A. KROSNTADT
UNITED STATES DISTRICT JUDGE